838

No. 86–6992. YOUNG v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–6993. DELESPINE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 86–6994. GRAY EAGLE ET AL. v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–6995. MANGONE v. PENKOWER, JUDGE, COURT OF COMMON PLEAS OF ALLEGHENY COUNTY. C. A. 3d Cir. Certiorari denied.

No. 86–6997. MCDANIEL v. ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 86–6998. SIMMONS v. BROWN, HORRY COUNTY SHERIFF, ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–6999. ROSE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 86–7000. LISTERMAN v. UNITED STATES DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 86–7003. SHEARS v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 86–7004. TURNPAUGH v. FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 86–7006. MARTIN v. MYERS ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–7007. MILLARD v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 86–7008. SINGFIELD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–7014. TAYLOR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.